■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH ALFRED BROUGH, Appellant.— Judgment unanimously reversed on the law and facts and in the interest of justice and a new trial granted. Memorandum: The verdict is against the weight of the evidence and in the interest of justice a new trial should be granted. (Appeal from judgment of Jefferson County Court convicting defendant of assault, second degree.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD LATSHAW, Appellant.— Order denying motion for resentence unanimously modified by vacating the sentences of imprisonment of one year in the Erie County Penitentiary and the fines of $500 imposed on counts 1 and 72 of the indictment, and as modified order affirmed. Order denying motion for reargument unanimously affirmed. Memorandum: The sentence was improper in that it was contingently suspended in the event that the defendant served the full minimum term under the prior sentences. The Judge had no power to make the sentence conditional or contingent. (Appeal from two orders of Erie Supreme Court denying, without a hearing, motion for resentence and denying motion for a reargument.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD MILLER, Defendant, and ROBERT JACKSON, Appellant.— Judgment affirmed. All concur, except McClusky, J., who dissents and votes to reverse and to grant a new trial. (Appeal from judgment of Erie County Court convicting defendant of robbery, first degree and burglary, third degree.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ ANTHONY M. KOSCIUSZKO et al., Respondents, v. NEW YORK STATE THRUWAY AUTHORITY, Appellant.— Judgment affirmed, with costs. All concur, except Halpern and Henry, JJ., who dissent and vote to modify the judgment by reducing the award to $340. (Appeal from judgment of Court of Claims in favor of claimant.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD MASLEN, Appellant.— Order unanimously reversed, without costs of this appeal to either party and a new trial granted. Memorandum: The determination is contrary to the weight of the evidence. (Appeal from order of filiation and support of Niagara Children's Court adjudicating defendant to be the father of a child born out of wedlock.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Appellant, v. DOUGLAS BLANCHARD, Respondent.— Order unanimously reversed, without costs of this appeal to either party, and a new trial granted. Memorandum: The determination is contrary to the weight of the evidence. (Appeal by complainant from order of Erie Children's Court dismissing the complaint and discharging the defendant.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ .